# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 22, 2013

No. 12-50927
Summary Calendar

Lyle W. Cayce
Clerk

ABELARDO GARCIA MEDRANO,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, Reeves County Detention Center,
III; BUREAU OF PRISONS; GEO GROUP,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-40

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Abelardo Garcia Medrano, federal prisoner # 22667-279, an alien against
whom the Bureau of Immigration and Customs Enforcement has issued a
detainer subjecting him to immediate removal from the United States upon
release from Bureau of Prisons (BOP) custody, moves this court to proceed in
forma pauperis (IFP) to appeal the denial of his 28 U.S.C. § 2241 petition
challenging the BOP's exclusion of him from rehabilitation programs and

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

halfway houses.  His arguments are foreclosed by this court's decision in *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192-93 (5th Cir. 2012), *cert. denied*, 133 S. Ct. 561 (2012)

Accordingly, Garcia Medrano's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous.  *See* 5TH CIR. R. 42.2.